[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 24, 2002
THOMAS K. KAHN
CLERK

_____

No. 00-14413

_____

D.C. Docket No. 96-01738-CV

ATLANTA JOURNAL AND
CONSTITUTION, USA TODAY,
a division of Gannett
Satellite Information Network
("GANSAT"), Inc.

Plaintiffs-Appellees,

NEW YORK TIMES COMPANY,
d.b.a. The New York Times,

Intervenor-Plaintiff,
Appellee,

versus

THE CITY OF ATLANTA DEPARTMENT
OF AVIATION, BENJAMIN R. DECOSTA, in
his official capacity as Aviation
General Manager, City of Atlanta,
MARIO DIAZ, in his official
capacity as Aviation Deputy
General Manager, City of Atlanta,
SHIRLEY FRANKLIN, in her official
capacity as Mayor, City of Atlanta,

Defendants-Appellants.

_____

No. 00-15181

_____

D. C. Docket No. 96-01738-CV-RWS-1

ATLANTA JOURNAL AND
CONSTITUTION,
USA TODAY,

Plainiffs-Appellees,

NEW YORK TIMES COMPANY,
d.b.a. The New York Times,

Intervenor-Plaintiff,
Appellee,

versus

THE CITY OF ATLANTA DEPARTMENT
OF AVIATION, BENJAMIN R. DECOSTA, in
his official capacity as Aviation
General Manager, City of Atlanta,
MARIO DIAZ, in his official capacity
as Aviation Deputy General Manager,
City of Atlanta, SHIRLEY FRANKLIN,
in her official capacity as Mayor,
City of Atlanta,

Defendants-Appellants.

_____

No. 00-15185
_____

D. C. Docket No. 96-01847-CV-RWS-1

USA TODAY, a division of
Gannett Satellite Information
Network ("GANSAT"), Inc.,

Plaintiff-Appellee,

NEW YORK TIMES COMPANY,
d.b.a. The New York Times,

Intervenor-Plaintiff,<br>Appellee,

versus

CITY OF ATLANTA DEPARTMENT
OF AVIATION, BENJAMIN R. DECOSTA,
in his official capacity as
Aviation General Manager, City
of Atlanta, MARIO DIAZ, in
his official capacity as Aviation
Deputy General Manager, City of
Atlanta, SHIRLEY FRANKLIN, in her
official capacity as Mayor, City of
Atlanta,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

(Opinion January 4, 2002, 277 F.3d . 1322, 11th Cir., 2002)

(July 24, 2002)

Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges*.

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above causes shall be reheard by this court en banc.

The previous panel's opinion is hereby VACATED.

_____
*Senior U. S. Circuit Judge James C. Hill has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).